EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br><br> José R. Rojas Jiménez | 2009 TSPR 131 <br><br> 176 DPR _____ |

Número del Caso: TS-6213

Fecha: 11 de agosto de 2009

Abogado de la parte Peticionaria:

Lcdo. Felipe Cirino Colón

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    José R. Rojas Jiménez

                TS-6213

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de agosto de 2009.

Examinada la *Moción en Cumplimiento de Resolución y Orden,* se reinstala al licenciado José Rafael Rojas Jiménez al ejercicio de la abogacía.

En cuanto a la reinstalación al ejercicio de la notaría, se provee no ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo